# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Timothy Homerston,   COURT FILE NO.: 09-cv-2998 MJD/FLN

       Plaintiff,

v.   **ORDER**

Financial Recovery Services, Inc.,

       Defendant.

This matter coming to be heard on the parties' Joint Motion to Modify the Pretrial Scheduling Order (the "Motion"), all parties having been given due notice and this Court fully advised.

**Its is hereby Ordered**: The Motion is granted;

The Court's Pretrial Scheduling Order is modified accordingly:

1. Fact discovery shall be commenced in time to be completed by September 1, 2010.

2. All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 17, 2010.

The following dates will not be modified and will remain as set forth in the Pretrial Scheduling Order.

1. All dispositive motions and supporting documents shall be served, filed and heard by November 1, 2010; and

2. The parties shall be trial ready by March 1, 2011.

Dated: July 1, 2010          *s/ Franklin L. Noel*
                                        Hon. Judge Franklin L. Noel
                                        U.S. Magistrate Judge