# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Timothy Homerston,

    Plaintiff,

v.

Financial Recovery Services, Inc.,

    Defendant.

CASE NO. 09-cv-2998 MJD-FLN

STIPULATION OF DISMISSAL
WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by and between Plaintiff and his attorneys and Defendant and its attorneys that the above-captioned action against Defendant, shall be and is hereby dismissed with prejudice and on the merits without costs, disbursements or attorney fees to any party and that a judgment of dismissal with prejudice may be entered in the above-captioned action accordingly.

Dated:  October <u>26th</u>, 2010.

ATTORNEY FOR PLAINTIFF

By:  s/Trista M. Roy_____
CONSUMER JUSTICE CENTER, P.A.
Trista M. Roy, Esq.
367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707

1684244v1

Dated: October 21, 2010.　　　　　　　　ATTORNEYS FOR DEFENDANT

　　　　　　　　　　　　　　　　　　　　By: <u>s/ Michael S. Poncin</u>
　　　　　　　　　　　　　　　　　　　　MOSS & BARNETT, P.A.
　　　　　　　　　　　　　　　　　　　　Michael S. Poncin, Esq. #296417
　　　　　　　　　　　　　　　　　　　　4800 Wells Fargo Center
　　　　　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN  55402-4129
　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 877-5000

1684244v1