# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Timothy Homerston,<br><br>    Plaintiff,<br><br>v.<br><br>Financial Recovery Services, Inc.,<br><br>    Defendant. | CASE NO. 09-cv-2998 MJD-FLN<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                BY THE COURT


Dated: October 28, 2010            s/Michael J. Davis
                                   The Honorable Michael J. Davis
                                   Chief Judge
                                   United States District Court